```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       HOT SPRINGS DIVISION
```

COURTRINA BROOMFIELD                                          PLAINTIFF


    v.              Civil No. 07-6029


HEALTHCARE STAFFING ASSOCIATES, INC.
d/b/a MALVERN NURSING HOME                                    DEFENDANT

### JUDGMENT

NOW on this 23rd day of January 2008, in the above-referenced matter, comes on for this Court's consideration Defendant Healthcare Staffing Associates' (hereinafter "Healthcare") **Motion for Summary Judgment** (document #9) and Plaintiff Courtrina Broomfield's (hereinafter "Broomfield") response thereto, and for the reasons set forth in the Court's Order of this date, the Court finds that Healthcare's **Motion for Summary Judgment** (document #9) should be, and it hereby is, **GRANTED**.

Further, **judgment should be, and it hereby is, entered in favor of Healthcare and against Broomfield**; and **Broomfield's complaint** against Healthcare is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                              /s/ Jimm Larry Hendren
                              **JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**